IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



JAMES BREWER, ET AL                                                               PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:05cv137KS-JMR

FERRY TRANSPORTATION                                        DEFENDANTS

## ORDER

This cause comes before the Court pursuant to the Suggestion of Bankruptcy filed by Defendant on March 2, 2006. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered .

This the 22nd day of March, 2006.

United States Magistrate Judge